IN THE UNITED STATES DISTRICT COURT
FOE THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN J. LECHNIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CANADIAN PACIFIC RAILWAY | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, BENJAMIN J. LECHNIR, by and through his attorneys, James T. Foley and RIDGE & DOWNES, DANIEL J. DOWNES, P.C. and for his Complaint against the Defendant, CANADIAN PACIFIC RAILWAY, (hereinafter "CP"), states as follows:

1. Jurisdiction of this Court is invoked under the provision of Title 45 U.S. Code §56 and Title 28 U.S. Code §1331.

2. This action arises under and the rights and liabilities of the parties to this cause are governed by the Federal Employers' Liability Act, 45 U.S. Code §51 *et seq*.

3. On November 07, 2013, at or about 10:00 a.m. and at all pertinent times, CP was a railroad corporation doing business in the State of Illinois.

4. On November 07, 2013, at or about 10:00 a.m. and at all pertinent times, CP owned and operated a railroad in interstate commerce.

5. On November 07, 2013, at or about 10:00 a.m. and at all pertinent times, Plaintiff was employed by Defendant CP as a Utility Foreman in its Maintenance of Way Department.

6. On November 07, 2013, at or about 10:00 a.m. and at all pertinent times, Defendant CP owned, managed, maintained and used as a portion of its railroad system, an area of track and track right of way located at or near Bensenville, in Cook County, Illinois, and Plaintiff was assigned to work with CP Railway's Truck # MO4029, a Ford F550 utility truck.

7. On November 07, 2013, at or about 10:00 a.m. and at all pertinent times, Plaintiff, BENJAMIN J. LECHNIR, was performing work for Defendant in connection with or in furtherance of Defendant's business of interstate commerce and transportation.

8. In the course of his duties as a Utility Foreman on November 07, 2013, while working on and with CP truck #MO4029, Plaintiff was attempting to board truck # MO 4029, when he stepped onto the truck's running board on the passenger side, and the running board suddenly, unexpectedly and without warning broke off and collapsed, causing the Plaintiff to violently fall to the ground landing on his left side, resulting in serious and permanent injury to his back, and body.

9. As a result of falling violently due to the broken, defective running board, which had been reported to the Defendant CP previously, the Plaintiff, BENJAMIN J. LECHNIR, was seriously and permanently injured.

10. It was the continuing duty of the Defendant, CP, as the Plaintiff's employer at the time and place in question, to provide the Plaintiff with a reasonably safe place to work; to provide reasonably safe conditions in which to work; and to provide reasonably safe equipment, tools and working conditions.

11. In violation of its duty, Defendant negligently and carelessly failed to provide Plaintiff with a safe place to work by committing one or more of the following negligent acts or omissions:

    (a) Failed to adapt, install, implement and enforce a safe method and procedure for the described operation;

    (b) Failed to properly inspect, maintain, and process its trucks, equipment, and appliances, so that the same became hazardous to the safe working conditions of its employees;

    (c) Failed to properly warn Plaintiff that there was a defective running board, and defect in the truck he was assigned to work on and with;

    (d). Negligently and carelessly allowed a truck with a defective, broken running board to be used and operated by the Plaintiff and its other employees when it had actual and constructive notice of the defective condition;

    (e) Negligently and carelessly failed to properly repair, maintain, inspect, and diagnosis its equipment, including truck # MO 4029 as discussed above;

    (f) Negligently and carelessly failed to properly maintain, repair, replace the defective running board on truck # MO 4029 when it had actual and constructive notice of the defective condition;

    (g) Negligently and carelessly failed to warn Plaintiff of the dangerous and defective condition on the truck complained of and the unsafe conditions present when timely warning would have averted injury to the Plaintiff;

    (h)    Failed to properly inspect the running board, frame integrity, structural integrity of the truck identified when ordinary inspection would have revealed that the truck presented hazardous, dangerous footing and work conditions;

    (i)    Failed to maintain, repair and diagnosis the truck, truck's running board, and structural integrity when it knew or should have known and foreseen that Plaintiff would be subjected to jeopardy of injury while performing his duties while working on and with the truck; and

    (j)    Otherwise failed to exercise ordinary care to provide Plaintiff with a safe place to work.

12.    Defendant CP's failure to provide Plaintiff with a safe place to work by one or more of the foregoing negligent acts or omissions caused, in whole or in part, Plaintiff's injury.

13.    As a direct and proximate cause of the foregoing, Plaintiff incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability, as a further result, Plaintiff has been and will in the future be kept from attending to his ordinary affairs and duties and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital and related expenses in the future;

14.    Plaintiff, BENJAMIN J. LECHNIR, demands a trial by jury.

WHEREFORE, the Plaintiff, BENJAMIN J. LECHNIR, demands judgment in his favor and against Defendant CP in a sum in excess of $100,000.00 plus the costs of this suit.

Respectfully submitted,

BENJAMIN J. LECHNIR

By: _____
Attorney for Plaintiff

James T. Foley
RIDGE & DOWNES
DANIEL J. DOWNES, P.C.
101 North Wacker Drive
Suite 200
Chicago, IL 60606
(312) 372-8282
(312) 372-8560 fax
jfoley@ridgedownes.com